**Electronically Filed
Supreme Court
SCWC-21-0000364
22-MAR-2023
12:05 PM
Dkt. 27 OCOR**

SCWC-21-0000364

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

TROY D. BORGE, JR.,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000364; CR. NO. 2CPC-20-0000288)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed March 15, 2023, is corrected as follows:

Starting on page 7, footnote 7 shall be re-numbered as footnote 6, and each subsequent footnote shall be re-numbered one number prior.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 22, 2023.

/s/ Sabrina S. McKenna
Associate Justice

